**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Enrique FACUNDO, Defendant–**
**Appellant.**

**Docket No. 01–1440.**

United States Court of Appeals,
Second Circuit.

July 25, 2002.

Susan Corkery and Bonnie S. Klapper, Assistant United States Attorneys for the Eastern District of New York; (Alan Vinegrad, United States Attorney for the Eastern District of New York, on the brief), New York, NY, for Appellee.

Enrique Facundo, Lisbon, OH, Pro se.

Present CABRANES, STRAUB and SOTOMAYOR, Circuit Judges.

### SUMMARY ORDER

Enrique Facundo appeals from an order dated March 15, 2001, denying his request under the Freedom of Information Act ("FOIA") for trial transcripts and discovery materials related to Facundo's 1980 conviction of conspiracy to distribute narcotics and a substantive narcotics violations. We also construe Facundo on appeal to seek a writ of mandamus in an attempt to overturn the 1980 conviction and the lifetime term of supervised release imposed pursuant thereto.

The District Court correctly denied Facundo's FOIA request. Facundo's other claims on appeal are meritless.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.